**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| BRYAN CHISOLM, ID #1740218, ) | |
| WENDELL S. CHISOLM, ) | |
|     Plaintiffs, ) | |
| vs. ) | No. 3:13-CV-4808-P-BH |
| ) | |
| RON SMITH, Captain, et. al, ) | |
|     Defendants. ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the findings, conclusions, and recommendation, Plaintiff Wendell Chisolm's claims are **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

SIGNED this 25th day of March, 2014.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE