**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **BRYAN CHISOLM, ID #1740218,** ) | |
| **WENDELL S. CHISOLM,** ) | |
| Plaintiffs, ) | |
| vs. ) | No. 3:13-CV-4808-P-BH |
| ) | |
| **RON SMITH, Captain, et. al,** ) | |
| Defendants. ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this 31st day of March, 2014.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE